# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHAEL BURNS                                    PLAINTIFF
ADC #143150

v.                    No. 4:17-cv-594-DPM-JJV

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
KAREN GRANT, Nurse/LPN,
Faulkner County Detention Center;
and GARY ANDREWS, Lieutenant,
Faulkner County Detention Center              DEFENDANTS

## ORDER

1. Burns's address recently changed. № 6. But there's no indication that he didn't receive the partial recommendation; and it hasn't been returned undelivered.

2. Unopposed partial recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burns's claim about mental health treatment against Munyan and Grant goes forward. His claims against Lieutenant Andrews, and the claims about conditions of confinement, are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2017