IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL BURNS
ADC #143150

PLAINTIFF

v.  No. 4:17-cv-594-DPM

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
and KAREN GRANT, Nurse/LPN,
Faulkner County Detention Center

DEFENDANTS

## ORDER

Burns hasn't responded to the recommendation; his mail is being returned undelivered. № 21 & № 22. The Court adopts the unopposed recommendation, № 20, and grants the motion to dismiss, № 16. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burns's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2018