IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL BURNS                                                         PLAINTIFF
ADC #143150

v.                          No. 4:17-cv-594-DPM

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
KAREN GRANT, Nurse/LPN,
Faulkner County Detention Center;   and
GARY ANDREWS, Lieutenant, Faulkner
County Detention Center                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2018